**BIS | BARNES IACCARINO & SHEPHERD LLP**
ATTORNEYS AT LAW

3 Surrey Lane Hempstead, NY 11550
Tel: 516.483.2990 | Fax: 516.483.0566

Riccardo Iaccarino
Wendell V. Shepherd

Abrahim M. Assaily
Matthew J. Berger*
Danielle M. Carney
Michele J. Harari
Dana L. Henke
Steven H. Kern
Lauren M. Kugielska*
Giacchino J. Russo
Julie Pearlman Schatz*

Roy Barnes, Retired

258 Saw Mill River Road
Elmsford, NY 10523
Tel:  914.592.1515
Fax: 914.592.3213

379 Sunset Blvd.
Wyckoff, NJ 07481
Tel:  914.592.1515
Fax: 914.592.3213

*Also Admitted in NJ

www.bislawfirm.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  10/7/24



October 4, 2024

VIA ECF
Honorable Judge Valerie E. Caproni, U.S.D.J.
United States District Court, S.D.N.Y.
40 Foley Square
New York, NY 10007

Re:    Trustees of the Drywall Tapers and Painters Local Union No. 1974 Benefit Funds, et al. v. New York City Acoustics, Inc.

Case No.:    1:24-cv-06116-VEC

Dear Judge Caproni,

    This firm represents Plaintiffs Trustees of the Drywall Tapers and Painters Local Union No. 1974 Benefit Funds, et al. in the above referenced matter. On August 14, 2024, the Court entered a Notice of Initial Pretrial Conference scheduled for October 11, 2024 at 10am [ECF No. 6]. On September 26, 2024, the Court entered a Clerk's Certificate of Default [ECF No. 12]. Accordingly, Plaintiffs will be moving for a default judgment. In light of the foregoing circumstances, Plaintiffs respectfully request that the scheduled October 11th conference be adjourned *sine die*.

    I appreciate your time and attention to this matter. Thank you.

Respectfully submitted,
*/s/ Lauren M. Kugielska*
Lauren M. Kugielska

Application GRANTED.  The Initial Pretrial Conference scheduled for Friday, October 11, at 10:00 A.M. is adjourned *sine die*.

Counsel is further directed to review Attachment A of the Undersigned's Individual Practices in Civil Cases, which detail the Court's default judgment procedures.  Counsel is required to file a Proposed Order to Show Cause for Default Judgment for approval by the Clerk of Court.

SO ORDERED.

10/7/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE