USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/28/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
TRUSTEES OF THE DRYWALL TAPERS
AND PAINTERS LOCAL UNION NO. 1974
BENEFIT FUNDS and THE DISTRICT
COUNCIL NO. 9, DRYWALL TAPERS AND
PAINTERS OF GREATER NEW YORK
LOCAL UNION 1974, AFFILIATED WITH
INTERNATIONAL UNION OF PAINTERS
AND ALLIED TRADES, AFL-CIO.,

                Plaintiffs,

-against-

NEW YORK CITY ACOUSTICS, INC.,

                Defendant.
------------------------------------------------------------X

24-CV-6116 (VEC)

<u>ORDER</u>

VALERIE CAPRONI, United States District Judge:

    WHEREAS Plaintiffs filed their Complaint on August 13, 2024, and served the Complaint by delivering it on Defendant's authorized agent on August 16, 2024, *see* Dkts. 1, 7;

    WHEREAS Defendant failed to respond to the Complaint or appear in this case;

    WHEREAS on September 26, 2024, Plaintiffs filed a proposed Clerk's Certificate of Default and Affirmation in Support of their Request for Default Judgment, *see* Dkts. 10–11; and

    WHEREAS the Undersigned's Individual Practices in Civil Cases require a party moving for default judgment to prepare and file a Proposed Order to Show Cause, the Proposed Default Judgment, and certain supporting papers on ECF.

    IT IS HEREBY ORDERED that Plaintiffs must file a Proposed Order to Show Cause, Proposed Default Judgment, and the required supporting papers by not later than **Wednesday, November 6, 2024**. The Court directs Plaintiffs to Attachment A of the Undersigned's

Individual Practices in Civil Cases, which describe the Court's default judgment procedure and the required supporting papers that a movant must file. Failure to submit the correct documentation in accordance with the Court's rules will result in denial of Plaintiffs' default judgment motion.

**SO ORDERED.**

**Date: October 28, 2024**
      **New York, New York**

                              **VALERIE CAPRONI**
                              **United States District Judge**