USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __12/13/204__

# BARNES IACCARINO & SHEPHERD LLP
## ATTORNEYS AT LAW

3 Surrey Lane Hempstead, NY 11550
Tel: 516.483.2990 | Fax: 516.483.0566

Riccardo Iaccarino
Wendell V. Shepherd

Matthew J. Berger*
Danielle M. Carney
Michele Harari
Dana L. Henke
Steven H. Kern
Lauren M. Kugielska*
Giacchino J. Russo
Julie Pearlman Schatz*

Roy Barnes, Retired

258 Saw Mill River Road
Elmsford, NY 10523
Tel: 914.592.1515
Fax: 914.592.3213

379 Sunset Blvd.
Wyckoff, NJ 07481
Tel: 914.592.1515
Fax: 914.592.3213

*Also Admitted in NJ

www.bislawfirm.com

December 13, 2024

VIA ECF
Honorable Valerie E. Caproni, U.S.D.J.
United States District Court, S.D.N.Y.
40 Foley Square
New York, NY 10007



Re:    Trustees of the Drywall Tapers and Painters Local Union No. 1974 Benefit Funds, et al. v. New York City Acoustics, Inc.

Case No.:    1:24-cv-06116-VEC

Dear Judge Caproni,

This firm represents Plaintiffs Trustees of the Drywall Tapers and Painters Local Union No. 1974 Benefit Funds, et al.. On November 8, 2024, the Court entered an Order, directing the parties to appear at an order to show cause conference on December 13, 2024 [ECF No. 21]. I am not feeling well this morning and will be unable to attend to the conference on behalf of Plaintiffs. In light of these circumstances, Plaintiffs respectfully request to attend the conference telephonically, or in the alternative, adjourn the conference until December 20th at 10am.

Plaintiffs have been unable to connect with Defendant New York City Acoustics, Inc.. Plaintiffs have not previously requested an accommodation or an adjournment of a scheduled order to show cause conference in this case.

I appreciate your time and attention to this matter. Thank you.

Respectfully submitted,
*/s/ Lauren M. Kugielska*
Lauren M. Kugielska

Application GRANTED. The show cause hearing scheduled for Friday, December 13, 2024, at 10:00 A.M. is ADJOURNED to **Friday, December 20, 2024, at 10:00 A.M.**

IT IS FURTHER ORDERED that service of a copy of this Order be made upon Defendant New York City, Acoustics, Inc., by First Class Mail on or before **Monday, December 16, 2024,** and Plaintiff must file proof of service on the docket by not later than **Tuesday, December 17, 2024**.

SO ORDERED.

12/13/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE